139 So. 294

SOUTHERN BUILDING & LOAN ASS'N v. Essie BARTEE.

6 Div. 71.

Supreme Court of Alabama.

Jan. 14, 1932.

Rehearing Denied Feb. 4, 1932.

Lange, Simpson & Brantley, of Birmingham, for petitioner.

J. K. Taylor and Chas. W. Greer, both of Birmingham, for respondent.

PER CURIAM.

Petition of the Southern Building & Loan Association for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Southern Building & Loan Ass'n v. Essie Bartee, 24 Ala. App. 555, 139 So. 293.

Upon the question of rescission, argued by petitioner, we prefer to rest a denial of the writ upon the second reason stated in the opinion of the Court of Appeals under the cited case of Heide v. Capital Securities Co., 200 Ala. 397, 76 So. 313, to the effect that any offer to return the $3 "interest" or "dividend" received, would have been futile and an unnecessary ceremony—a question not in-

volved or discussed in Americanized Finance Corp. v. Yarborough, 223 Ala. 266, 135 So. 448, and Mutual Loan Soc. v. Letson, 202 Ala. 683, 81 So. 659, cited by petitioner.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.